(June 4, 1998)

■ The People of the State of New York ex rel. George Sheinberg, on Behalf of Marcia Charles, Petitioner, v Department of Corrections, Rikers Island, Respondent. [683 NYS2d 856] —Writ of habeas corpus in the nature of an application to reduce bail upon Richmond County Indictment No. 87/98.

Adjudged that the writ is sustained, without costs or disbursements, to the extent of reducing bail on Richmond County Indictment No. 87/98 to the sum of $ 20,000, which may be posted in the form of an insurance company bail bond in that sum or by depositing the same sum as a cash bail alternative. Bracken, J. P., Thompson, Sullivan and Pizzuto, JJ., concur.